**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Turhan Taylor,

Civil No. 01-2131 MJD/AJB

Plaintiff,

v.

**ORDER ON PLAINTIFF'S MOTION TO EXTEND TIME**

Corrections Corporation of America,
Jacobs Trading Co. Ind., Timothy O'Dell,
Stephen Kaiser, John Riches and John
Berger sued in their official capacities;
John Litcher sued in his individual capacities;
Paul Taft and Carolyn Klucas, et al sued in
their individual and official capacities,

Defendants.

This matter is before the Court on plaintiff's request for additional time to submit USM–285 forms and additional copies of his complaint for service by the U.S. Marshal. By Order dated December 12, 2001, plaintiff was granted *in forma pauperis* status and was required to file one completed Form USM–285 and one extra copy of the complaint for each defendant to be served. The materials were to be filed on or before January 10, 2002. Plaintiff now requests additional time to file the USM–285 forms and additional complaint copies. Alternatively, he asks that the clerk of court make copies of the complaint and serve them.

**IT IS HEREBY ORDERED THAT** plaintiff's request for additional time is **granted** [Docket No. 9] as follows: Plaintiff shall have until **January 31, 2002**, in which to file all completed service forms (USM-285) along with necessary copies of the complaint, in compliance with the requirements set forth in the Court's previous Order dated December 12, 2002. The Clerk of Court will be required to make copies of the complaint for service only upon timely remittance of the entire amount of copy fees due for the number of copies ordered by the

JAN 11 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

plaintiff, at the rate of $.50 per page. Plaintiff will be charged $10.50 for each complete copy of the twenty-one page complaint that is requested. A separate copy of the complaint is required for each of the nine defendants that plaintiff has named in the caption. Clerk of Court charges for copying complaints for service upon all named defendants will total $94.50. Failure to submit the completed service forms (USM-285) by January 31, 2002, along with copies of the complaint or the appropriate payment amount, will result in a recommendation that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

Dated: 1/11/02

Arthur J. Boylan
United States Magistrate Judge