**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Turhan Taylor, Civil No. 01-2131 MJD/AJB

Plaintiff,

v.

**PRETRIAL SCHEDULING ORDER**

Corrections Corporation of America,
Jacobs Trading Co. Ind., Timothy O'Dell,
Stephen Kaiser, John Riches and John
Berger sued in their official capacities;
John Litcher sued in his individual capacities;
Paul Taft and Carolyn Klucas, et al sued in
their individual and official capacities,

Defendants.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. The period during which the parties may conduct discovery shall terminate on August 1, 2002. Disputes with regard to discovery shall be called immediately to the court's attention by the making of an appropriate motion, and shall not be relied upon by any party as a justification for not adhering to this pretrial schedule;

2. All other nondispositive motions, specifically those which relate to discovery and the discovery period, shall be filed and served prior to August 1, 2002. All nondispositive motions shall be filed and served in compliance with Local Rule 7.1(a). No discovery motion shall be considered unless the moving party files with the motion the statement required by Local Rule 37.1 and complies with the requirements of Local Rule 37.2. All nondispositive motions

FILED FEB 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

will be considered on the papers submitted without a hearing unless the court determines there is a specific need to hold such a hearing;

3. All dispositive motions shall be filed and served prior to September 1, 2002. All dispositive motions shall be filed and served in compliance with Local Rule 7.1(b). Dispositive motions will be considered on the papers without oral argument unless the court determines there is a specific need to hold such a hearing;

4. This case shall be considered ready for trial on and after October 1, 2002.

Dated: 2/19/02

ARTHUR J. BOYLAN
United States Magistrate Judge