(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-2131 (MJD/AJB) Case Title: Taylor v. Corrections Corp. of America

### Affidavit of Movant

I, Karl Hansen ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Andrea L. Baker , an attorney admitted to practice in the Eastern and W District of Wisconsin ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Jon Litscher in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 244156 MN Attorney License # | 2/11/02 Date

### Affidavit of Proposed Admittee

I, Andrea L. Baker , am currently a member in good standing of the U.S. District Court for Eastern and Wes District of Wisconsin , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Andrea L. Baker Type/Print Name | Andrea L. Baker Signature | 2-07-2002 Date

Attorney License Number: 1029026
Law Firm Name & Address: Wisconsin Department of Justice
17 East Main Street, P.O. Box 7857
Madison, WI 53707-7857
Telephone: (608) 266-0284

Motion Granted: Richard D. Sletten
For the Court: Richard D. Sletten, Clerk mmc

FEB 19 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

RECEIVED
BY MAIL
FEB 19 2002
CLERK US DIST COURT
ST. PAUL, MN

FILED FEB 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK