**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Turhan Taylor,

Plaintiff,

v.

Corrections Corporation of America, et al.,

Defendants.

Civil No. 01-2131 MJD/AJB

**ORDER ON MOTION FOR INSTRUCTIVE ORDER AND EMERGENCY ORDER**

This matter is before the Magistrate Judge on plaintiff's motion for an instructive order directing the Wisconsin Department of Correction to release prisoner funds [Docket No. 14], and on plaintiff's request for an "emergency order" directing an official at Prairie Correctional Facility to "afford [him] the necessary postage to serve the remaining defendants [Docket No. 29]. Plaintiff also requests that the Court order defendant Corrections Corporation of America to provide him a $150 loan to finance this litigation [Docket No. 14].

Based upon the entire file, including pleadings and pending motion documents submitted by the parties, **IT IS HEREBY ORDERED** that plaintiff's motion for an instructive order is **denied** [Docket No. 14]. The Wisconsin Department of Corrections is not a party to this action and that Court therefore lacks jurisdiction over it with respect to this litigation. The Court finds no authority or justification for an order compelling the defendant in this matter to advance costs of supplies, copies and postage to plaintiff. **IT IS FURTHER ORDERED** that plaintiff's request for an emergency order requiring Prairie Correctional Facility to "afford [him] the



APR 0 4 2002
FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

necessary postage to serve the remaining defendants is **denied** [Docket No. 29].

Dated: April 4, 2002

Arthur J. Boylan
United States Magistrate Judge