**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Turhan Taylor,

Civil No. 01-2131 MJD/AJB

Plaintiff,

**ORDER ON MOTION FOR DISCOVERY AND MOTION TO STAY DISCOVERY**

v.

Corrections Corporation of America, et al.,

Defendants.

This matter is before the Magistrate Judge on defendant Litscher's motion to stay discovery pending decision on a motion to dismiss. [Docket No. 34]. In addition, a "Motion of Interrogatories" [Docket No. 3] was submitted by plaintiff upon filing of the initial complaint and is now considered by the Court. A complaint alleging violation of plaintiff's civil rights is pending.

Based upon the entire file, including pleadings and pending motion documents submitted by the parties, **IT IS HEREBY ORDERED** that defendant Litscher's motion to stay discovery pending decision on motion to dismiss is **granted** [Docket No. 34]. The Court finds that a stay of discovery in appropriate in light of jurisdictional issues raised in the motion to dismiss. **IT IS FURTHER ORDERED** that plaintiff's "Motion of Interrogatories" is **denied** [Docket No. 3]. It essentially appears as though plaintiff was seeking permission to undertake the requested discovery and that the discovery was not the subject of a dispute that actually existed at the time of filing. In any event, to the extent that plaintiff seeks an order compelling



APR 0 4 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

discovery, denial of the motion is appropriate in light of the stay of discovery which is granted herein.

Dated: April 4, 2002

Arthur J. Boylan
United States Magistrate Judge