**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Turhan Taylor,

Plaintiff,

v.

Corrections Corporation of America, et al.,

Defendants.

Civil No. 01-2131 MJD/AJB

**SECOND ORDER ON MOTIONS FOR APPOINTMENT OF COUNSEL AND EXTENSION OF TIME**

This matter is before the Magistrate Judge on plaintiff's second motion for appointment of counsel [Docket No. 27] and a second motion for extension of time to submit U.S. Marshal Forms 285 and complaint copies [Docket No. ___]. A complaint alleging violation of plaintiff's civil rights is pending before the court.

Based upon the entire file, including pleadings and pending motion documents submitted by the parties, **IT IS HEREBY ORDERED** that plaintiff's second motion for appointment of counsel is **denied** [Docket No. 27]. There is no persuasive showing that circumstances have changed since the Court issued its previous Order denying appointment of counsel and the present motion is denied for the same reasons.

It is **FURTHER ORDERED** that plaintiff's motion for extension of time is denied as **moot** [Docket No. __]. Plaintiff requested an additional 60 days to allow the Court to trace U.S. Marshal Forms 285 and complaint copies which have been submitted to the Court for service upon defendants. It now appears that completed service forms (USM-285), along with



APR 04 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

complaint copies for service by the U.S. Marshal, were received and have been served upon appropriate named defendants.

Dated: 4/4/02

Arthur J. Boylan
United States Magistrate Judge