UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TURHAN TAYLOR,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, JACOBS TRADING CO., INC., TIMOTHY O'DELL, STEPHEN KAISER, JOHN RICHES, JOHN BERGER, JON LITSCHER, PAUL TAFT and CAROLYN KLUCAS, et al.,

Defendants.

Civil No. 01-2131 (MJD/AJB)

**ORDER**

Defendant Jon E. Litscher recently filed a motion to dismiss Plaintiff's Amended Complaint in this matter. (See motion and supporting brief filed on June 10, 2002; [Docket Nos. 55 and 56].) If Plaintiff does not file a written opposition to that motion by July 5, 2002, the Court will assume that he does not object to the motion, and it will be recommended that the motion be granted. If Plaintiff does oppose the motion, he must submit an entirely new written opposition. Any prior opposition to any prior motion in this case will not be considered; the Court will only consider a new written opposition directed to the currently pending motion to dismiss the Amended Complaint. Plaintiff's new opposition to the new motion to dismiss may repeat representations and/or arguments made in his prior submissions, but he must not attempt to incorporate any material from any prior submission(s) by reference. If Plaintiff files a new written opposition to the current motion to dismiss the Amended Complaint, Defendant Litscher may file a written reply, but he must do so by July 19, 2002.

JUN 18 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff shall file an entirely new written opposition to Defendant's motion to dismiss the Amended Complaint by no later than July 5, 2002, failing which he will be deemed to have waived any objection to the granting of such motion;

2. Defendant Jon E. Litscher may file a written reply to Plaintiff's opposition to the motion to dismiss, but any such reply must be filed by July 19, 2002; and

3. Thereafter, the parties shall await the Court's ruling on the pending motion to dismiss the Amended Complaint.

Dated: June 17th, 2002

ARTHUR J. BOYLAN
United States Magistrate Judge