**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Turhan Taylor,

Civil No. 01-2131 MJD/AJB

Plaintiff,

v.

**ORDER TO SHOW CAUSE**

Corrections Corporation of America,
Jacobs Trading Co. Ind., Timothy O'Dell,
Stephen Kaiser, John Riches and John
Berger sued in their official capacities;
John Litscher sued in his individual capacities;
Paul Taft and Carolyn Klucas, et al sued in
their individual and official capacities,

Defendants.

This action is proceeding pursuant to an amended complaint for violation of plaintiff's civil rights under 42 U.S.C. §1983, filed with the Court on June 5, 2002. It has been referred to the undersigned United States Magistrate Judge for report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.1. The matter is presently before the court on defendants' motions for dismissal pursuant to Fed. R. Civ. P. 12 and 56. Defendant Litscher has previously moved to dismiss the amended complaint. Pursuant to Order dated June 18, 2002, plaintiff's response to that motion is due on or before July 5, 2002, and any reply by defendant is due on or before July 19,. 2002. Defendants Corrections Corporation of America, Jacobs Trading Company, O'Dell, Kaiser, Riches, Berger, Taft, and Klucas now likewise move for dismissal of claims against them as alleged in the amended complaint.

Plaintiff is **HEREBY ORDERED** to respond to the arguments contained in the motion for Rule 12 dismissal and accompanying memorandum filed by defendants Corrections Corporation of America, Jacobs Trading Company, O'Dell, Kaiser, Riches, Berger, Taft, and

FILED JUN 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Klucas and **SHOW CAUSE** why plaintiff's claims against those defendants should not be dismissed. Failure to so respond to this Order will result in the Court's consideration of the motion without argument from the plaintiff and may result in a recommendation of dismissal of plaintiff's claims against the moving defendants in this case.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff shall file and serve a response to the arguments contained in the motion and memorandum of defendants' Corrections Corporation of America, Jacobs Trading Company, O'Dell, Kaiser, Riches, Berger, Taft, and Klucas before **July 22, 2002**, therein showing cause why defendants' motion for dismissal pursuant to Fed. R. Civ. P. 12 and/or summary judgment pursuant to Fed. R. Civ. P. 56 should not be granted. The moving defendants may thereafter file a written reply, but such reply must be filed by **August 5, 2002**. Failure by plaintiff to so respond to this Order will result in a consideration without argument from plaintiff and may result in recommendation of dismissal of plaintiff's claims against the moving defendants. This Order shall not be construed to extend the dates for filing written arguments relating to the motion for dismissal by defendant Litscher.

Dated: June 27, 2002

Arthur J. Boylan
United States Magistrate Judge