UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TURHAN TAYLOR,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, JACOBS TRADING CO., INC., TIMOTHY O'DELL, STEPHEN KAISER, JOHN RICHES, JOHN BERGER, JON LITSCHER, PAUL TAFT and CAROLYN KLUCAS, et al.,

Defendants.

Civil No. 01-2131 MJD/AJB

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated June 5, 2002, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Defendant Jon Litscher's motion to dismiss the original complaint, (Docket Nos. 21 and 32), is denied at this time, without prejudice to any renewed motion to dismiss that Defendant Litscher may choose to file in response to Plaintiff's Amended Complaint.

DATED: June 27, 2002.

Judge Michael J. Davis
U. S. District Court

FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 02-497 (MJD/JGL)

FRED DEJONG,

Plaintiff,

v. ORDER

ROUND LAKE FARMERS COOPERATIVE,

Defendant.

---

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for 30 days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: June 27, 2002

Michael J. Davis

MICHAEL J. DAVIS
United States District Court Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1952 MJD/JGL

CAROLYN ROACH-EZEAGWU,
Plaintiff,
v.
UNITED STATES POSTAL SERVICE,
Defendant.

**O R D E R**

The Court, having been advised that the above-entitled mater has been settled by the parties, **ORDERS** that this case is dismissed in its entirety.

Dated: June 27, 2002

MICHAEL J. DAVIS
United States District Court Judge

FILED JUN 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK