**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Turhan Taylor, Civil No. 01-2131 MJD/AJB

Plaintiff,

v.

**ORDER ON MOTION FOR EXTENSION**

Corrections Corporation of America, Jacobs Trading Co. Ind., Timothy O'Dell, Stephen Kaiser, John Riches and John Berger sued in their official capacities; John Litscher sued in his individual capacities; Paul Taft and Carolyn Klucas, et al sued in their individual and official capacities,

Defendants.

This matter is before the Court on plaintiff's request for an extension of time in which to respond, in contemplation of a July 5, 2002, deadline for his response to a motion to dismiss the amended complaint by defendant Litscher. Plaintiff has filed a Brief in Opposition to Defendant Litscher's Motion to Dismiss Amended Complaint, and defendant Litscher has timely submitted a reply brief. The Court finds no justification whatsoever for permitting submission of additional argument or supporting materials relating to Litscher's motion to dismiss and the motion is therefore **denied** [Docket No. 66].

With respect to a pending motion to dismiss by defendants Corrections Corporation of America, Jacobs Trading Company, O'Dell, Kaiser, Riches, Berger, Taft, and Klucas, plaintiff has been allowed until July 22, 2002, in which to submit a response, and defendants are allowed until August 5, 2002, in which to reply, pursuant to Order to Show Cause



FILED 7-16-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

dated June 27, 2002. The Court likewise **finds** the defendant has not shown good cause for any extension of time beyond the current due date and hereby advises the parties that the dates for submission of materials relating to the CCA defendants' motion to dismiss, as established in the June 27, 2002, Order, shall remain in effect.

Dated: July 15, 2002

Arthur J. Boylan
United States Magistrate Judge