UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 01-2131 (MJD/AJB)

TURHAN TAYLOR,

Plaintiff,

v. **ORDER**

CORRECTIONS CORPORATION OF AMERICA,
ET AL,

Defendants.

---

**IT IS HEREBY ORDERED** that the plaintiff's motion for an extension of time in which to respond to the Report and Recommendation, is **GRANTED**. The plaintiff's response is due on Monday, October 28, 2002.

Dated: Oct. 17, 2002

Michael J. Davis
Michael J. Davis, Judge
United States District Court

FILED 10-17-2
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______