UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TURHAN TAYLOR,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, JACOBS TRADING COMPANY, TIMOTHY O'DELL, STEPHEN KAISER, JOHN RICHES, JOHN BERGER, JON LITSCHER, PAUL TAFT and CAROLYN KLUCAS,

Defendants.

Civil No. 01-2131 MJD/AJB

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated September 23, 2002, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Defendants' respective motions to dismiss, (Docket Nos. 55 and 59), is GRANTED;

2. Defendant Jon Litscher's motion for sanctions to be imposed pursuant to Fed. R. Civ. P. 11 is DENIED;

3. Plaintiff's motions opposing Defendants' motions to dismiss, (Docket Nos. 64 and 69), is DENIED;

4. For purposes of 28 U.S.C. § 1915(g), this action is dismissed on the grounds that it fails to state a claim upon which relief may be granted; and

5. This action is DISMISSED WITH PREJUDICE.

DATED: Nov. 13, 2002.

Michael J. Davis
Judge Michael J. Davis
U. S. District Court

FILED 11-14-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 11-14-02
DEPUTY CLERK